# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEFFREY L. GIBSON,<br><br>                Plaintiff,<br><br>    v.<br><br>THE NEW PIONEER, LLC,<br><br>                Defendant. | Case No. 2:19-cv-02121-JAD-BNW<br><br>**ORDER** |

      Presently before the court is defense counsel's (Kamer Zucker & Abbott's) motion to withdraw as counsel for defendant. (ECF No. 10.)  Counsel represents that continued representation of the defendant has been rendered unreasonably difficult and that continued representation would result in an unreasonable financial burden on the firm. (*Id.* at 2.)

      Having reviewed and considered the motion, and good cause appearing, the court will grant the motion to withdraw and order defendant The New Pioneer, LLC to retain a new attorney. Defendant, The New Pioneer, LLC, is advised that because it is a corporation, it cannot represent itself and must be represented by an attorney in this action. *See In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (stating that "[c]orporations and other unincorporated associations must appear in court through an attorney."). Defendant, The New Pioneer, LLC, is further advised that failure to retain an attorney may result in the imposition of sanctions under Local Rule IA 11-8, including the entry of default judgment against it.

      IT IS THEREFORE ORDERED that Kamer Zucker & Abbott's motion to withdraw as counsel for The New Pioneer, LLC (ECF No. 10) is GRANTED.

IT IS FURTHER ORDERED that Kamer Zucker & Abbott must serve a copy of this order on The New Pioneer, LLC and must file proof of that service by May 27, 2020.

IT IS FURTHER ORDERED that on or before June 26, 2020, defendant, The New Pioneer, LLC, must retain a new attorney and that attorney must file a notice of appearance in this case.

DATED: May 19, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE