SHARON L. NELSON
Nevada Bar No. 6433
NELSON LAW
5940 S. Rainbow Blvd
Las Vegas, Nevada 89118
Telephone: (702) 247-4529
Facsimile:  (702) 737-4529
*snelson@nelsonlawlv.com*
Attorneys for Plaintiff
JEFFREY L. GIBSON

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEFFREY L. GIBSON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>THE NEW PIONEER, LLC, a domestic limited liability company, Does I-X and Roes I-X, inclusive,<br><br>Defendant. | Case No.: 2:19-cv-02121-JAD-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF No. 24 |

The above-named parties, by and through their respective counsel of record, hereby stipulate that

//

//

//

the above captioned case be dismissed with prejudice with each party to bear his/its own fees and costs.

Dated this 23rd day of September 2020.                    Dated this 23rd day of September 2020.

**LAW OFFICES OF JOHN M. NETZORG**         **NELSON LAW**

/s/ John M. Netzorg                                              /s/ Sharon L. Nelson
JOHN M. NETZORG                                             SHARON L. NELSON
Nevada Bar No. 1335                                           Nevada Bar No. 6433
2810 W. Charleston Blvd, Suite F-62                    5940 S. Rainbow Blvd.
Las Vegas, Nevada 89102                                    Las Vegas, Nevada 89118
Attorneys for Defendant                                        Attorneys for Plaintiff

## ORDER

Based on the parties' stipulation **[ECF No. 24]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 5, 2020